

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LINDA HART,                                             CV 07-0397-MA

       Plaintiff,                                    JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.

Based on the record and the Opinion and Order filed herewith, the final decision of the Commissioner is AFFIRMED. This action is DISMISSED.

    IT IS SO ORDERED.

    DATED this _9_ day of July, 2008.

                                             /s/ Malcolm F. Marsh
                                          MALCOLM F. MARSH
                                          United States District Judge

1 - JUDGMENT